**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-7124**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WAYNE EARL JENKINS,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:17-cr-00106-CCB-4)

─────────────

Submitted:  February 16, 2023                Decided:  February 22, 2023

─────────────

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Wayne Earl Jenkins, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Earl Jenkins seeks to appeal the district court's order denying his "Motion to Reopen and for Reconsideration of Restitution." But no such order exists because the district court has yet to resolve Jenkins' motion. The last action that the district court took on the motion was ordering a Government response. To the extent that Jenkins might seek to appeal that order, it is not appealable. *See United States v. Doe*, 962 F.3d 139, 143 (4th Cir. 2020) ("[W]e have jurisdiction only over final orders and certain interlocutory and collateral orders"). Accordingly, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2